Opinion issued March 8, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01014-CV






RETINA JOHNSON, Appellant


V.


TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2005-63153






MEMORANDUM OPINION Appellant Retina Johnson has neither established indigence, nor paid all the
required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless
indigent), 20.1 (listing requirements for establishing indigence); see also Tex. Gov't
Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon 2005) (listing fees in court of
appeals); Fees Civ. Cases B(1), (3) (listing fees in court of appeals). After being
notified that this appeal was subject to dismissal, appellant **did not adequately
respond. See Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing
involuntary dismissal of case).

 The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.